UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTONIO ALAMOS,<br><br>Petitioner,<br><br>v.<br><br>STUART SHERMAN, et al.,<br><br>Respondents. | Case No. 2:17-cv-02702-PSG (SHK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered DISMISSING this action with prejudice.

Dated: April 15, 2020

HONORABLE PHILIP S. GUTIERREZ
United States District Judge