JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTONIO ALAMOS, <br><br> Petitioner, <br><br> v. <br><br> STUART SHERMAN, et al., <br><br> Respondents. | Case No. 2:17-cv-02702-PSG (SHK) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 15, 2020

HONORABLE PHILIP S. GUTIERREZ
United States District Judge